1    CRAIG M. NICHOLAS (S.B. #178444)
     cnicholas@nblaw.org
2    ALEX M. TOMASEVIC (S.B.#245598)
     atomasevic@nblaw.org
3    NICHOLAS & BUTLER LLP
     225 Broadway, 19th Floor
4    San Diego, CA 92101
     Telephone:  (619) 325-0492
5    Facsimile:   (619) 325-0496

6    Attorneys for Plaintiff
     Yaniv Dvora
7

8    BRIAN C. ANDERSON (S.B. #126539)
     banderson@omm.com
9    O'MELVENY & MYERS LLP
     1625 Eye Street, NW
10   Washington, D.C.  20006-4001
     Telephone:  (202) 383-5300
11   Facsimile:   (202) 383-5414

12   SABRINA H. STRONG (S.B. #200292)
     sstrong@omm.com
13   CARLOS M. LAZATIN (S.B. #229650)
     clazatin@omm.com
14   O'MELVENY & MYERS LLP
     400 S. Hope Street
15   Los Angeles, CA 90071-2899
     Telephone:  (213) 430-6000
16   Facsimile:   (213) 430-6407

17   Attorneys for Defendant
     General Mills, Inc.

18

19            **UNITED STATES DISTRICT COURT**

20            **CENTRAL DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| 22   YANIV DVORA, On Behalf of Himself, All Others Similarly Situated and the General Public, | Case No.  11-CV-1074 GW (PLAx) |
| 23 | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)** |
| 24                  Plaintiff, | |
| 25       v. | Judge:  Hon. George H. Wu |
| 26   GENERAL MILLS, INC., | Courtroom:  10 |
| 27                Defendant. | |

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE NO. 11-CV-1074 GW (PLAx)

1    WHEREAS on February 15, 2011, plaintiff Yaniv Dvora ("plaintiff") served

2    his Complaint in this action, purporting to bring claims on behalf of himself and a

3    putative class for alleged violations of California's Unfair Competition Law

4    ("UCL") and the Consumer Legal Remedies Act ("CLRA"), and for breach of

5    express warranty, based on the labeling and advertising of Total® Blueberry

6    Pomegranate cereal;

7    WHEREAS on March 15, 2011, defendant General Mills, Inc. ("defendant")

8    responded to the Complaint by bringing a Motion to Dismiss on the grounds that

9    plaintiff's claims (1) are entirely preempted by federal law, (2) fail to state a claim

10   under the UCL, CLRA, and express warranty law, and (3) fail to meet the pleading

11   standards under Federal Rule of Civil Procedure 9(b);

12   WHEREAS plaintiff filed a First Amended Complaint ("FAC") on March

13   29, 2011, in lieu of filing an opposition to defendant's motion to dismiss;

14   WHEREAS defendant filed a Motion to Dismiss the FAC on April 18, 2011,

15   which was based on the same grounds as its original Motion to Dismiss;

16   WHEREAS on May 16, 2011, this Court granted defendant's Motion to

17   Dismiss the FAC with leave to amend [Dkt No. 21; 2011 WL 1897349];

18   WHEREAS plaintiff filed his Second Amended Complaint ("SAC") on June

19   7, 2011, to which defendant responded by filing a Motion to Dismiss the SAC on

20   June 24, 2011;

21   WHEREAS plaintiff and his counsel have considered the Court's prior order

22   dismissing the FAC as well as defendant's arguments in support of its Motion to

23   Dismiss the SAC and have concluded, in light of the Court's prior ruling, that the

24   Court likely would dismiss the SAC;

25   WHEREAS plaintiff and his counsel have concluded that based on the

26   Court's prior ruling, the claims pled by plaintiff in his SAC in this case likely

27   would be dismissed and not certified for class litigation;

28

- 1 -          STIPULATION FOR DISMISSAL WITH
               PREJUDICE NO. 11-CV-1074 GW (PLAx)

1    WHEREAS plaintiff now proposes to dismiss his action with prejudice

2  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

3    WHEREAS defendant has agreed to stipulate to the dismissal of plaintiff's

4  action with prejudice subject to the terms and conditions below;

5    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by

6  and between the parties through their respective counsel that:

7    1.    Plaintiff's SAC in the above-captioned action be DISMISSED in its

8  entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

9  Civil Procedure.

| Dated: October 6 , 2011 | CRAIG M. NICHOLAS<br>ALEX M. TOMASEVIC<br>NICHOLAS & BUTLER, LLP<br><br>By: _____<br>Craig M. Nicholas<br>Attorneys for Plaintiff<br>Yaniv Dvora |
|---|---|
| Dated: October 7 , 2011 | BRIAN C. ANDERSON<br>SABRINA H. STRONG<br>CARLOS M. LAZATIN<br>O'MELVENY & MYERS LLP<br><br>By: _____<br>Sabrina H. Strong<br>Attorneys for Defendant<br>General Mills, Inc. |

STIPULATION FOR DISMISSAL WITH
PREJUDICE NO. 11-CV-1074 GW (PLAx)