1
2
3
4                                             **MADE JS-6**
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**
12                    **CENTRAL DISTRICT OF CALIFORNIA**
13

| YANIV DVORA, On Behalf of Himself, All Others Similarly Situated and the General Public, | Case No. CV 11-1074-GW(PLAx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE PURSUANT TO RULE 41(a)** |
| v. | Hon. George H. Wu |
| GENERAL MILLS, INC., | Courtroom: 10 |
| Defendant. | |

1  In accordance with the Stipulation for Dismissal with Prejudice Pursuant to
2  Rule 41(a) submitted jointly by the parties on October 12, 2011, and finding good
3  cause therefor, the Court orders as follows:
4  IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint in
5  the above-captioned action is DISMISSED in its entirety, with prejudice, pursuant
6  to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

8  DATED:  October 17, 2011

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE